GROOM LAW GROUP, CHARTERED
Michael J. Prame (admitted *pro hac vice*)
mprame@groom.com
Shai D. Bronshtein (admitted *pro hac vice*)
sbronshtein@groom.com
Chidera F. Onyeoziri (admitted *pro hac vice*)
conyeoziri@groom.com
1701 Pennsylvania Ave. NW,
Washington, DC 20006
Tel: (202) 857-0620; Fax: (202) 659-4503

Ronald K. Alberts (SBN 100017)
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd Floor,
Los Angeles, CA 90071
Tel: (213) 576-5088 Fax: (213) 680-4470
ralberts@grsm.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA AVECILLA and SEAN BAILEY, individually and as representatives of a Putative Class of Participants and Beneficiaries, on behalf of the LIVE NATION ENTERTAINMENT, INC. 401(K) SAVINGS PLAN,<br><br>Plaintiffs,<br>v.<br><br>LIVE NATION ENTERTAINMENT INC., LIVE NATION ENTERTAINMENT, INC. 401(K) COMMITTEE; and DOES 1 through 10,<br><br>Defendants. | Case No. 2:23-cv-01943-PA-JC<br><br>Hon. Percy Anderson<br><br>NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL DEADLINES<br><br>Complaint Filed: March 15, 2023<br><br>Trial Date: October 27, 2026 |

1  Defendants hereby notify the Court that the parties have agreed to amicably settle and resolve this case by an agreement executed by the parties on January 5, 2025. The parties intend to submit to the Court a stipulation to dismiss the entire action with prejudice in the next thirty (30) days.

In light of the settlement, and in the interests of judicial efficiency and the preservation of the parties' resources, Defendants respectfully request that the Court vacate all existing deadlines.

Dated: January 5, 2026

GORDON REES SCULLY MANSUKHANI, LLP

By:  */s/ Ronald K. Alberts*
     Ronald K. Alberts
     Attorney for Defendants

GROOM LAW GROUP, CHARTERED

By:  */s/ Michael J. Prame*
     Michael J. Prame (*pro hac vice*)
     Shai D. Bronshtein (*pro hac vice*)
     Chidera Onyeoziri (*pro hac vice*)

     *Attorneys for Defendants*

NOTICE OF SETTLEMENT AND
REQUEST TO VACATE ALL DEADLINES

Case No. 2:23-cv-01943-PA-JC

1