GROOM LAW GROUP, CHARTERED
Michael J. Prame (admitted *pro hac vice*)
mprame@groom.com
Shai D. Bronshtein (admitted *pro hac vice*)
sbronshtein@groom.com
Chidera F. Onyeoziri (admitted *pro hac vice*)
conyeoziri@groom.com
1701 Pennsylvania Ave. NW,
Washington, DC 20006
Tel: (202) 857-0620; Fax: (202) 659-4503

Ronald K. Alberts (SBN 100017)
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd Floor,
Los Angeles, CA 90071
Tel: (213) 576-5088 Fax: (213) 680-4470
ralberts@grsm.com

*Attorneys for Defendants*

CHRISTINA HUMPHREY LAW, P.C.
Christina A. Humphrey (SBN 226326)
1117 State Street,
Santa Barbara, CA 93101
Tel: (805) 618-2924; Fax: (805) 618-2939
christina@chumphreylaw.com

*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA AVECILLA and SEAN BAILEY, individually and as representatives of a Putative Class of Participants and Beneficiaries, on behalf of the LIVE NATION ENTERTAINMENT, INC. 401(K) SAVINGS PLAN,<br><br>  Plaintiffs,<br> v.<br><br>LIVE NATION ENTERTAINMENT INC., LIVE NATION ENTERTAINMENT, INC. 401(K) COMMITTEE; and DOES 1 through 10,<br><br>  Defendants. | Case No. 2:23-cv-01943-PA-JC<br><br>Hon. Percy Anderson<br><br>**STIPULATION OF DISMISSAL**<br><br>Complaint Filed: March 15, 2023<br><br>Trial Date: October 27, 2026 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate that the action should be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: January 15, 2025                    Respectfully Submitted,

*/s/Michael J. Prame*
Michael J. Prame (*pro hac vice*)
Shai D. Bronshtein (*pro hac vice*)
Chidera Onyeoziri (*pro hac vice*)
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Ave. NW
Washington, D.C. 20006
Telephone: (202) 857-0620
Facsimile: (202) 659-4503
mjp@groom.com
sbronshtein@groom.com
conyeoziri@groom.com

*/s/Ronald K. Alberts*
Ronald K. Alberts (SBN 100017)
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5088
Facsimile: (213) 680-4470
ralberts@grsm.com
*Attorneys for Defendants*

*/s/Christina A. Humphrey*
Christina A. Humphrey (SBN 226326)
CHRISTINA HUMPHREY LAW, P.C.
1117 State Street Santa Barbara, CA 93101
Telephone: (805) 618-2924
Facsimile: (805) 618-2939
christina@chumphreylaw.com
*Attorney for Plaintiff*